MINUTES OF THE MEETING OF

THE BOARD OF DIRECTORS OF

PETTUS PROPERTIES, INC.

I, the undersigned, being the sole Director of Pettus Properties, Inc. ("the Company") hereby act as follows:

RESOLVED, that an appropriate officer of the Company be and he or she is hereby authorized to file a petition on behalf of the Company pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

DATED this the 8th day of June, 2010.

_____
Director

Pettus Properties, Inc.
14040 S. Tryon Street
Charlotte, NC 28278


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste
Charlotte, NC 28203


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


I.R.S.
P.O. Box 21126
Philadelphia, PA 19114


NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202


US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669


BB & T
c/o David T. Simpson, Jr.
Substitute Trustee
216 N. McDowell St., #110
Charlotte, NC 28204


BB & T
Commercial Real Estate Gp
200 S. College Street
2nd Fl.
Charlotte, NC 28202

```
BB & T
Commercial Real Estate Group
200 S. College St., 2nd Fl.
Charlotte, NC 28202


BB & T
Commercial Real Estate Gp.
200 S. College St.
2nd Fl.
Charlotte, NC 28202


BB & T
Commercial Real Estate
200 S. College St.
2nd Fl.
Charlotte, NC 28202


BB & T
David T. Simpson, Jr.
Substitute Trustee
216 N. McDowell St., Ste. 110
Charlotte, NC 28204


BB & T
c/o David T. Simpson, Jr.
Substitute Trustee
216 N. McDowell St. 110
Charlotte, NC 28204


Estate of Eleanor Pettus
Attn: J.H. Pettus, Sr., Tee
One Sunrise Point
Lake Wylie, SC 29710



Greer & Walker, LLP
Accounts Receivable
201 S. Tryon St.
Suite 1500
Charlotte, NC 28202


J.H. Pettus, Sr.
One Sunrise Point
Lake Wylie, SC 29710



James Access Control
Accounts Receivable
7119 Ashbourne Lane
Mint Hill, NC 28227
```

```
PAR Realty Investors
Attn: J.R. Pettus
14040 S. Tryon St.
Charlotte, NC 28278


Parker, Poe, Adams & Bernstein
Attn: Craig T. Lynch
Three Wachovia Center
401 S. Tryon St., #3000
Charlotte, NC 28202


The Budd Group
Accounts Receivable
2325 South Stratford Rd.
Winston-Salem, NC 27103


Union County
Collections Dept.
P.O. Box 38
Monroe, NC 28111


Wingfoot Land Management
Attn: Elena Turner
P.O. Box 5274
Lake Wylie, SC 29710
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:  **Pettus Properties, Inc.**                              Case No. _____

                    **Debtor**                                              Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **6/8/2010**                                     Signed: **s/ J.H. Pettus**
                                                                                    **J.H. Pettus**

Signed: _____
**Richard M. Mitchell**
Attorney for Debtor(s)
Bar no.:      **3034**
**Mitchell & Culp PLLC**
**1001 Morehead Square Drive, Ste. 330**
**Charlotte, NC 28203**
Telephone No.:   **(704) 333-0630**
Fax No.:             **(704) 333-4975**
E-mail address:

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pettus Properties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **48-1265078** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**14040 S. Tryon Street**<br>**Charlotte, NC**<br>ZIP CODE **28278** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**14040 S. Tryon Street**<br>**Charlotte, NC**<br>ZIP CODE **28278** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pettus Properties, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X Not Applicable** _____ Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pettus Properties, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney**<br><br>X<br>Signature of Attorney for Debtor(s)<br><br>**Richard M. Mitchell  Bar No. 3034**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Mitchell & Culp PLLC**<br>Firm Name<br><br>**1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**<br>Address<br><br>**(704) 333-0630**    **(704) 333-4975**<br>Telephone Number<br><br>**6/8/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ J.H. Pettus**<br>Signature of Authorized Individual<br><br>**J.H. Pettus**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**6/8/2010**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **Pettus Properties, Inc.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **BB & T**<br>**Commercial Real Estate Group**<br>**200 S. College St., 2nd Fl.**<br>**Charlotte, NC 28202** | **Gary Finch**<br>**704-954-1397**<br>**BB & T**<br>**Commercial Real Estate Group**<br>**200 S. College St., 2nd Fl.**<br>**Charlotte, NC 28202** | Trade | **CONTINGENT** | $3,149,500.00 |
| **Parker, Poe, Adams & Bernstein**<br>**Attn: Craig T. Lynch**<br>**Three Wachovia Center**<br>**401 S. Tryon St., #3000**<br>**Charlotte, NC 28202** | | Professional Fees | | $34,427.18 |
| **The Budd Group**<br>**Accounts Receivable**<br>**2325 South Stratford Rd.**<br>**Winston-Salem, NC 27103** | | Trade | | $20,641.17 |
| **PAR Realty Investors**<br>**Attn: J.R. Pettus**<br>**14040 S. Tryon St.**<br>**Charlotte, NC 28278** | | Loan | | $11,189.07 |
| **BB & T**<br>**Commercial Real Estate**<br>**200 S. College St.**<br>**2nd Fl.**<br>**Charlotte, NC 28202** | **Gary Finch**<br>**704-954-1397**<br>**BB & T**<br>**Commercial Real Estate**<br>**200 S. College St.**<br>**2nd Fl.**<br>**Charlotte, NC 28202** | Loan | **DISPUTED** | $9,825.00 |
| **James Access Control**<br>**Accounts Receivable**<br>**7119 Ashbourne Lane**<br>**Mint Hill, NC 28227** | | Trade | | $4,630.21 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Pettus Properties, Inc.** ,                                Case No. _____
                           Debtor                                  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Greer & Walker, LLP<br>Accounts Receivable<br>201 S. Tryon St.<br>Suite 1500<br>Charlotte, NC 28202 | | Professional Fees | | $4,625.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, J.H. Pettus, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **6/8/2010**                              Signature: **s/ J.H. Pettus**

                                                **J.H. Pettus ,President**
                                                (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re **Pettus Properties, Inc.** ,                                        Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **BB & T** **Commercial Real Estate Group** **200 S. College St., 2nd Fl.** **Charlotte, NC 28202**  **BB & T** **David T. Simpson, Jr.** **Substitute Trustee** **216 N. McDowell St., Ste. 110** **Charlotte, NC 28204** | | | **CONTINGENT** | X | | | **3,149,500.00** |
| ACCOUNT NO.  **BB & T** **Commercial Real Estate** **200 S. College St.** **2nd Fl.** **Charlotte, NC 28202** | | | **Disputed** | | | X | **9,825.00** |
| ACCOUNT NO.  **BB & T** **Commercial Real Estate Gp.** **200 S. College St.** **2nd Fl.** **Charlotte, NC 28202** | | | **119,916.35** | | | | **Secured** |

_3_   Continuation sheets attached

                                                                                  Subtotal ➤ $ **3,159,325.00**

                                                                                  Total    ➤ $
                                                                                  (Use only on last page of the completed Schedule F.)
                                                                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                                                                  Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Pettus Properties, Inc.**  ,  Case No. _____
                **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **Secured** |
| **BB & T** **Commercial Real Estate Gp.** **200 S. College St.** **2nd Fl.** **Charlotte, NC 28202** **BB & T** **c/o David T. Simpson, Jr.** **Substitute Trustee** **216 N. McDowell St., #110** **Charlotte, NC 28204** | | | **192,094.40** | | | | |
| ACCOUNT NO. | | | | | | | **Secured** |
| **BB & T** **Commercial Real Estate Gp** **200 S. College Street** **2nd Fl.** **Charlotte, NC 28202** **BB & T** **c/o David T. Simpson, Jr.** **Substitute Trustee** **216 N. McDowell St. 110** **Charlotte, NC 28204** | | | **2,741,848.21** | | | | |
| ACCOUNT NO. | | | | | | | **3,646,483.18** |
| **Estate of Eleanor Pettus** **Attn: J.H. Pettus, Sr., Tee** **One Sunrise Point** **Lake Wylie, SC 29710** | | | | | | | |
| ACCOUNT NO. | | | | | | | **4,625.00** |
| **Greer & Walker, LLP** **Accounts Receivable** **201 S. Tryon St.** **Suite 1500** **Charlotte, NC 28202** | | | | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **3,651,108.18**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Pettus Properties, Inc.**,     Case No. _____
                **Debtor**            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **J.H. Pettus, Sr.** <br> **One Sunrise Point** <br> **Lake Wylie, SC 29710** | | | | | | | 3,646,483.18 |
| ACCOUNT NO. <br> **James Access Control** <br> **Accounts Receivable** <br> **7119 Ashbourne Lane** <br> **Mint Hill, NC 28227** | | | | | | | 4,630.21 |
| ACCOUNT NO. <br> **PAR Realty Investors** <br> **Attn: J.R. Pettus** <br> **14040 S. Tryon St.** <br> **Charlotte, NC 28278** | | | | | | | 11,189.07 |
| ACCOUNT NO. <br> **Parker, Poe, Adams & Bernstein** <br> **Attn: Craig T. Lynch** <br> **Three Wachovia Center** <br> **401 S. Tryon St., #3000** <br> **Charlotte, NC 28202** | | | | | | | 34,427.18 |
| ACCOUNT NO. <br> **The Budd Group** <br> **Accounts Receivable** <br> **2325 South Stratford Rd.** <br> **Winston-Salem, NC 27103** | | | | | | | 20,641.17 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 3,717,370.81

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Pettus Properties, Inc.**, Case No. _____
           **Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Union County**<br>**Collections Dept.**<br>**P.O. Box 38**<br>**Monroe, NC 28111** | | | **17,239.32** | | | | **Secured** |
| ACCOUNT NO.<br>**Wingfoot Land Management**<br>**Attn: Elena Turner**<br>**P.O. Box 5274**<br>**Lake Wylie, SC 29710** | | | | | | | **31,170.64** |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **31,170.64**

Total ➤ $ **10,558,974.63**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# Western District of North Carolina
# Charlotte Division

In re **Pettus Properties, Inc.**,
Debtor

Case No. _____

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $ 0.00 | | |
| B - Personal Property | NO | 0 | $ 0.00 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 10,558,974.63 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 4 | $ 0.00 | $ 10,558,974.63 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **Pettus Properties, Inc.**,
Debtor

Case No.
Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**United States Bankruptcy Court**
**Western District of North Carolina**
**Charlotte Division**

In re **Pettus Properties, Inc.**, 
Debtor

Case No.
Chapter **11**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 10,558,974.63 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 10,558,974.63 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Pettus Properties, Inc.** Case No. _____
                         Debtor                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **J.H. Pettus**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **6/8/2010**                Signature:  **s/ J.H. Pettus**
                                                                  **J.H. Pettus President**
                                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*